UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                       )<br>         Plaintiff,                              )<br>                                                       )<br>   v.                                                )<br>                                                       )<br>EDWARD ALBERT THAVES,         )<br>                                                       )<br>         Defendant.                         )<br>_____ ) | Case No. CR01-0259-RSL-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on June 16, 2006. The United States was represented by Assistant United States Attorney Todd Greenberg, and the defendant by Mr. Gilbert Levy. The proceedings were recorded on cassette tape.

The defendant had been charged with Possession/Passing Fictitious Obligations on or about February 15, 2002, and sentenced by the Honorable Robert S. Lasnik to ten (10) months in custody to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance-abuse and mental-health treatment programs; search and seizure; take all medications prescribed for bipolar disorder; no new credit without approval by the Probation Officer; maintaining a single checking account; disclosure and inspection of any software and computer equipment owned or operated by defendant; employment approval by probation officer; not obtain or possess any

driver's license, social security number, birth certificate, passport, or any other form of identification in any name other than the defendant's true legal name without approval of the probation officer; and financial disclosure.

On July 18, 2002, a violation report and warrant request was submitted for defendant's failure to notify the Probation Officer of his change in residence, in violation of the conditions of his supervised release.

On September 10, 2002, defendant was arrested by the King County Sheriff's Department on a charge of Assault in the Third Degree, and subsequently convicted by a jury and sentenced to seventeen (17) months in prison in the Washington State Department of Corrections, to be followed by supervision of nine (9) to eighteen (18) months.

On October 9, 2003, defendant was released from state prison to the Clerk County Superior Court in Vancouver, Washington, for probation violations of a 1999 conviction of Assault in the Third Degree and Theft in the Third Degree.  He was sentenced to thirty (30) days in jail with credit for time served, and released on November 10, 2003.

On January 14, 2004, defendant was found to have violated the conditions of his federal supervised release, by failing to notify the Probation Officer of his change in residence, and, also, being convicted of Assault in the Third Degree.  His supervised released was revoked, and a sentence of eighteen (18) months in prison to be followed by forty-two (42) months of supervised release was imposed by the Court.  Defendant completed this term of imprisonment and was released on February 28, 2005.

On July 11, 2005, defendant was found to have violated the terms of supervised release by failing to report to the Probation Office and by using cocaine.  Again, his supervised release was revoked and a term of eight (8) months in prison, to be followed by thirty-four (34) months of supervised release was imposed by the Court.  Defendant was released from the Federal Bureau of Prisons on January 13, 2006.

01    On January 19, 2006, in a Violation Report and Request for Warrant or Summons,

02  U.S. Probation Officer Felix Calvillo, Jr. asserted the following violation by defendant of the

03  conditions of his supervised release:

04    Violation:  Failing to report to the U.S. Probation Office within 72 hours of release on January 13, 2006, from the custody of the Federal Bureau of
05    Prisons, in violation of the general condition of his supervised release.

06    At the evidentiary revocation hearing held on June 16, 2006, defendant was advised

07  of his constitutional rights and admitted the alleged violation.

08    I therefore recommend that the Court find the defendant to have violated the terms

09  and conditions of his supervised release as to the alleged violation, and that the Court conduct

10  a hearing limited to disposition.  A disposition hearing will be set before the Honorable

11  Robert S. Lasnik, on Wednesday, June 28, 2006, at 1:30 p.m.

12    Pending a final determination by the Court, the defendant has been detained.

13    DATED this 19th day of June, 2006.

14                                                                            */s/ James P. Donohue*

15                                                                            JAMES P. DONOHUE
                                                                              United States Magistrate Judge

16

17  cc:   District Judge:              Honorable Robert S. Lasnik
          AUSA:                        Mr. Todd Greenberg
18        Defendant's attorney:        Mr. Gilbert Levy
          Probation officer:           Mr. Felix Calvillo, Jr.
19

20

21

22

23

24

25

26

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 3